IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**USAA GENERAL INDEMNITY COMPANY**  **PLAINTIFF**

**VERSUS**  **CASE NO. 1:17-cv-361-LG-RHW**

**JONATHAN LYTLE; USA MEDICAL CENTER; MEMORIAL HOSPITAL AT GULFPORT; REVCLAIMS, LLC; MED TRANS CORPORATION; O'REILLY AUTOMOTIVE, INC.; ALLEGIANCE BENEFIT PLAN MANAGEMENT, INC.; AND JOHN DOES 1-20**  **DEFENDANTS**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Memorial Hospital at Gulfport.

Respectfully submitted, this 26th day of April, 2018.

**COUNSEL FOR DEFENDANT
MEMORIAL HOSPITAL AT GULFPORT**

*/s/ Stephen J. Buccola*
STEPHEN J. BUCCOLA (MSBN 104463)
Brad Williams, Attorney at Law, PLLC
P.O. Box 16225
Jackson, MS 39236
P: 601-345-8535
F: 601-345-8532
E: sbuccola@revclaims.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the above and foregoing pleading with the Clerk of Court using the CM/ECF E-Filing System which sends notice of same to all parties.

This 26th day of April, 2018.

*/s/ Stephen J. Buccola*
Stephen J. Buccola